JACK P. DICANIO (State Bar No. 138782)
Jack.DiCanio@probonolaw.com
ANIL J. ANTONY (State Bar No. 258839)
Anil.Antony@probonolaw.com
WINSTON P. HSIAO (State Bar No. 273638)
Winston.Hsiao@probonolaw.com
LOGAN D. WAYNE (State Bar No. 288227)
Logan.Wayne@probonolaw.com

300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone:   (213) 687-5000
Facsimile:   (213) 687-5600

Attorneys for Plaintiff
OAKS CHRISTIAN SCHOOL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OAKS CHRISTIAN SCHOOL, a California nonprofit religious corporation,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA INTERSCHOLASTIC FEDERATION SOUTHERN SECTION ("CIF-SS"), a California nonprofit corporation; CALIFORNIA INTERSCHOLASTIC FEDERATION ("CIF"), a California nonprofit corporation; ROBERT L. WIGOD, in his capacity as Commissioner and an officer of CIF-SS;  DOES 1–23, in their capacities as Executive Committee members and directors of CIF-SS; and DOES 24–60, in their capacities as directors of CIF,<br><br>Defendants. | **Case No.: SACV 13-0940-JST(JPRx)**<br><br>**NOTICE OF RELATED CASES**<br><br>Judge:   Hon. Josephine S. Tucker<br>Courtroom: 10A<br><br>Related Cases:<br>SACV 13-0932-JST(ANx)<br>SACV 13-0934-JVS(RNBx) |

# NOTICE OF RELATED CASES

TO: THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE of the following related actions now pending in the United States District Court for the Central District of California:

1. *St. Lucy's Priory High School v. California Interscholastic Federation Southern Section, et al.*, SACV 13-0932-JST(ANx).

2. *Archdiocese of Los Angeles Education & Welfare Corporation v. California Interscholastic Federation Southern Section, et al.*, SACV 13-0934-JVS(RNBx);

Local Rule 83-1.3.1 requires that "[a]t the time a civil action (including a notice of removal or bankruptcy appeal) is filed, or as soon as known thereafter, the attorney shall file and serve on all parties who have appeared a Notice of Related Case(s), stating whether any action previously filed or currently pending in the Central District and the action being filed appear: (a) To arise from the same or a closely related transaction, happening or event; or (b) To call for determination of the same or substantially related or similar questions of law and fact; or (c) For other reasons would entail substantial duplication of labor if heard by different judges; or (d) To involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c is present." Local Rule 83-1.3.1 also requires that "[t]he Notice of Related Case(s) shall also include a brief factual statement setting forth the basis for the attorney's belief that the action qualifies for related case transfer."

All three actions arise from the same set of common facts, allege nearly identical legal claims, and seek the same relief. All three actions are brought by religious high schools in southern California (collectively, "Plaintiffs") against the exact same defendants—the California Interscholastic Federation Southern Section ("CIF-SS"); the California Interscholastic Federation ("CIF"); Robert L. Wigod, CIF-SS' Commissioner; Does 1–23, Executive Committee members and directors of CIF-SS; and Does 24–60, directors of CIF. The actions all allege, *inter alia*, that

CIF-SS, the state athletic association in southern California, wrongfully moved Plaintiffs away from the athletic leagues they have played in for decades and denied Plaintiffs' subsequent appeal of the decision, in violation of Plaintiffs' federal and state constitutional rights, in violation of California Education Code § 33353(a), and in breach of contract, implied covenants, and fiduciary duties. All three actions also seek an administrative writ review of CIF-SS' decision, pursuant to California Code of Civil Procedure §1094.5.

The above actions thus appear to: (1) arise from the same or substantially identical transactions, happenings or events; (2) call for determination of the same or substantially identical questions of law and fact; and (3) would entail substantial duplication of labor if heard by different judges.

For these reasons, Oaks Christian School respectfully requests that the three actions be assigned to the same court.

Dated: June 26, 2013

By: */s/ Jack P. DiCanio*
Jack P. DiCanio
Attorney for Plaintiff
OAKS CHRISTIAN SCHOOL

2

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071.

On **June 26, 2013**, I served the foregoing documents described as:

## NOTICE OF RELATED CASES

On the interested parties in this action:

| | |
|---|---|
| California Interscholastic Federation Southern Section<br>Agent for Service of Process<br>Mitchell B. Carty<br>604 Mondo Drive<br>La Habra Heights, CA 90631 | California Interscholastic Federation<br>Agent for Service of Process<br>Marie M. Ishida<br>4658 Duckhorn Drive<br>Sacramento, CA 95834 |

Robert L. Wigod
Commissioner and Officer of CIF-SS
10932 Pine Street
Los Alamitos, CA 90720

☒ (BY MAIL) I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service and the fact that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business; on this date, the above-referenced correspondence was placed for deposit at Los Angeles, California and placed for collection and mailing following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **June 26, 2013,** at Los Angeles, California.

| | |
|---|---|
| Jack P. DiCanio | *s/ Jack P. DiCanio* |
| Type or Print Name | Signature |