1  FAGEN FRIEDMAN & FULFROST, LLP
   Diane Marshall-Freeman, SBN 115960
2  Cynthia M. Smith, SBN 220861
   Kimberly A. Smith, SBN 176659
3  Howard A. Friedman, SBN 61187
   520 Capitol Mall, Suite 400
4  Sacramento, California 95814
   Phone: 916-443-0000
5  Fax: 916-443-0030

6  Attorneys for CALIFORNIA
   INTERSCHOLASTIC FEDERATION

7

8            UNITED STATES DISTRICT COURT

9   CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

10

11 OAKS CHRISTIAN SCHOOL, a          CASE NO. SACV13-00940 JST (ANx)
   California nonprofit religious
12 corporation,                      **ANSWER TO COMPLAINT FOR**
                                     **PETITION FOR WRIT OF**
13           Plaintiff,              **ADMINISTRATIVE MANDAMUS;**
                                     **VIOLATION OF FIRST**
14     vs.                           **AMENDMENT; VIOLATION OF**
                                     **CALIFORNIA CONSTITUTION,**
15 CALIFORNIA INTERSCHOLASTIC        **ART. 1, § 4; DEPRIVATION OF**
   FEDERATION SOUTHERN               **EQUAL PROTECTION;**
16 SECTION ("CIF-SS"), a California  **VIOLATION OF CALIFORNIA**
   nonprofit corporation; CALIFORNIA **CONSTITUTION, ART. 1, § 7;**
17 INTERSCHOLASTIC FEDERATION        **DEPRIVATION OF RIGHT TO**
   ("CIF"), a California nonprofit   **PROCEDURAL DUE PROCESS;**
18 corporation; ROBERT L. WIGOD, in  **BREACH OF CONTRACT;**
   his capacity as Commissioner and an **BREACH OF IMPLIED**
19 officer of CIF-SS; DOES 1-23, in their **COVENANTS; BREACH OF**
   capacities as Executive Committee **FIDUCIARY DUTIES; AND**
20 members and directors of CIF-SS; and **VIOLATION OF CALIFORNIA**
   DOES 24-60, in their capacities as **EDUCATION CODE § 33353(a)**
21 directors of CIF,

22           Defendants.             The Hon. Josephine Staton Tucker
                                     Courtroom 10A
23
                                     Trial Date:        None Set
24

25 / / /

26 / / /

27 / / /

28 / / /

Fagen Friedman & Fulfrost, LLP
520 Capitol Mall, Suite 400
Sacramento, California 95814
Main: 916-443-0000 • Fax: 916-443-0030

Defendant CALIFORNIA INTERSCHOLASTIC FEDERATION ("CIF") hereby answers the Complaint filed by plaintiff OAKS CHRISTIAN SCHOOL ("Plaintiff") and asserts its affirmative defenses as follows:

## ANSWER TO COMPLAINT

1.     In response to Paragraph 1 of the Complaint, the CIF denies each and every allegation therein.

2.     In response to Paragraph 2 of the Complaint, the CIF denies each and every allegation therein.

3.     In response to Paragraph 3 of the Complaint, the CIF admits that the CIF Constitution, Article 1, Section 12.I. states that "…everyone involved at any level of governance in the CIF must maintain ultimate responsibility for the quality and integrity of CIF programs.  Such individuals must assure that education and character development responsibilities are not compromised to achieve sports performance goals that the academic, social, emotional, physical and ethical well-being of student-athletes is always placed above desires and pressures to win."  The CIF denies the remaining allegations in Paragraph 3.

4.     In response to Paragraph 4 of the Complaint, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

5.     In response to Paragraph 5 of the Complaint, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

6.     In response to Paragraph 6 of the Complaint, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

7.     In response to Paragraph 7 of the Complaint, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

Fagen Friedman & Fulfrost, LLP
520 Capitol Mall, Suite 400
Sacramento, California 95814
Main: 916-443-0000 • Fax: 916-443-0030

ANSWER OF CALIFORNIA INTERSCHOLASTIC FEDERATION TO PLAINTIFF'S COMPLAINT FOR
PETITION FOR WRIT OF ADMINISTRATIVE MANDAMUS

8.    In response to Paragraph 8 of the Complaint, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

9.    In response to Paragraph 9 of the Complaint, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

10.    In response to Paragraph 10 of the Complaint, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

11.    In response to Paragraph 11 of the Complaint, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

## SUMMARY OF ACTION

12.    In response to Paragraph 12 of the Complaint, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

13.    In response to Paragraph 13 of the Complaint, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

14.    In response to Paragraph 14 of the Complaint, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

15.    In response to Paragraph 15 of the Complaint, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

16.    In response to Paragraph 16 of the Complaint, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

Fagen Friedman & Fulfrost, LLP
520 Capitol Mall, Suite 400
Sacramento, California 95814
Main: 916-443-0000 • Fax: 916-443-0030

ANSWER OF CALIFORNIA INTERSCHOLASTIC FEDERATION TO PLAINTIFF'S COMPLAINT FOR
PETITION FOR WRIT OF ADMINISTRATIVE MANDAMUS

17.     In response to Paragraph 17 of the Complaint, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

18.     In response to Paragraph 18 of the Complaint, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

19.     In response to Paragraph 19 of the Complaint, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

20.     In response to Paragraph 20 of the Complaint, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

21.     In response to Paragraph 21 of the Complaint, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

22.     In response to Paragraph 22 of the Complaint, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

23.     In response to Paragraph 23 of the Complaint, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

24.     In response to Paragraph 24 of the Complaint, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

25.     In response to Paragraph 25 of the Complaint, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

/ / /

Fagen Friedman & Fulfrost, LLP
520 Capitol Mall, Suite 400
Sacramento, California 95814
Main: 916-443-0000 • Fax: 916-443-0030

26.     In response to Paragraph 26 of the Complaint, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

27.     In response to Paragraph 27 of the Complaint, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

28.     In response to Paragraph 28, the CIF admits that Bylaw 502 A. provides that "No school belonging to the CIF shall compete, scrimmage or practice with any team outside the jurisdiction of the Federation without the consent of the CIF Section involved," and that "A school disregarding this rule may be barred from participation in that sport during the following season."  The CIF further admits that schools that are not members of the CIF may not participate in CIF championship events.  The CIF denies the remaining allegations in Paragraph 28.

29.     In response to Paragraph 29 of the Complaint, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

30.     In response to Paragraph 30 of the Complaint, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

31.     In response to Paragraph 31 of the Complaint, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

32.     In response to Paragraph 32 of the Complaint, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

33.     In response to Paragraph 33, the CIF admits that Education Code section 33353, subdivision (a)(3) sets forth the California Legislature's intent that the CIF, in consultation with the California Department of Education, implement

Fagen Friedman & Fulfrost, LLP
520 Capitol Mall, Suite 400
Sacramento, California 95814
Main: 916-443-0000 • Fax: 916-443-0030

ANSWER OF CALIFORNIA INTERSCHOLASTIC FEDERATION TO PLAINTIFF'S COMPLAINT FOR
PETITION FOR WRIT OF ADMINISTRATIVE MANDAMUS

1  policies that establish "a neutral final appeals body to hear complaints related to

2  interscholastic athletic policies".  The CIF denies the remaining allegations in

3  Paragraph 33.

4       34.    In response to Paragraph 34 of the Complaint, the CIF is without

5  sufficient knowledge to admit or deny the allegations set forth therein and on that

6  basis, denies the allegations.

7       35.    In response to Paragraph 35, the CIF denies the allegations set forth

8  therein.

9       36.    In response to Paragraph 36, the CIF admits that Plaintiff is seeking

10  injunctive relief in this action but denies the validity of that claim.  The CIF denies

11  the remaining allegations in Paragraph 36.

12                       **JURISDICTION AND VENUE**

13       37.    In response to Paragraph 37 of the Complaint, the CIF is without

14  sufficient knowledge to admit or deny the allegations set forth therein and on that

15  basis, denies the allegations.

16       38.    In response to Paragraph 38 of the Complaint, the CIF is without

17  sufficient knowledge to admit or deny the allegations set forth therein and on that

18  basis, denies the allegations.

19                            **THE PARTIES**

20       39.    In response to Paragraph 39, the CIF admits that Plaintiff is a member

21  of the CIF and the CIF-Southern Section ("CIF-SS") and that Plaintiff pays annual

22  membership dues to both the CIF and the CIF-SS.  The CIF is without sufficient

23  knowledge to admit or deny the remaining allegations in Paragraph 39 and on that

24  basis, denies the allegations.

25       40.    In response to Paragraph 40, the CIF admits that the CIF is a California

26  nonprofit corporation with its principal place of business in the County of

27  Sacramento, California.  The CIF admits that it is a voluntary membership

28  organization composed of member public and private schools.  The CIF further

Fagen Friedman & Fulfrost, LLP
520 Capitol Mall, Suite 400
Sacramento, California 95814
Main: 916-443-0000 • Fax: 916-443-0030

ANSWER OF CALIFORNIA INTERSCHOLASTIC FEDERATION TO PLAINTIFF'S COMPLAINT FOR
PETITION FOR WRIT OF ADMINISTRATIVE MANDAMUS

Fagen Friedman & Fulfrost, LLP
520 Capitol Mall, Suite 400
Sacramento, California 95814
Main: 916-443-0000 • Fax: 916-443-0030

1  admits that it consists of ten geographical Sections.  The CIF admits CIF Bylaw 23

2  provides that "This Constitution and Bylaws is binding on all schools, leagues and

3  Sections," and that within the framework of the policy established by the governing

4  body of the CIF, local Sections "may establish local rules and regulations as long as

5  they are no less stringent and do not violate State policy rules or intent."  The CIF

6  admits that CIF Bylaw 22 B.(2) provides that as a condition of membership, a

7  member school agrees to "abide by all current rules and regulations of the CIF and

8  Section."  The CIF denies the remaining allegations in Paragraph 40.

9       41.    In response to Paragraph 41, the CIF denies that the CIF-SS

10  Commissioner of Athletics is an elected officer.  The CIF is without sufficient

11  knowledge to admit or deny that the CIF-SS's Executive Committee is responsible

12  for enforcing the rules and regulations approved by the CIF-SS's Council.  The CIF

13  admits the remaining allegations set forth in Paragraph 41.

14       42.    In response to Paragraph 42, the CIF admits that Defendant Robert L.

15  Wigod serves as the Commissioner of the CIF-SS.  The CIF is without sufficient

16  knowledge to admit or deny the remaining allegations set forth therein and on that

17  basis, denies the allegations.

18       43.    In response to Paragraph 43 of the Complaint, the CIF is without

19  sufficient knowledge to admit or deny the allegations set forth therein and on that

20  basis, denies the allegations.

21       44.    In response to Paragraph 44 of the Complaint, the CIF is without

22  sufficient knowledge to admit or deny the allegations set forth therein and on that

23  basis, denies the allegations.

24       45.    In response to Paragraph 45, the CIF denies the allegations set forth

25  therein.

26  / / /

27  / / /

28  / / /

# FACTUAL BACKGROUND

46.     In response to Paragraph 46 of the Complaint, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

47.     In response to Paragraph 47 of the Complaint, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

48.     In response to Paragraph 48 of the Complaint, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

49.     In response to Paragraph 49 of the Complaint, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

50.     In response to Paragraph 50 of the Complaint, the CIF admits the allegations set forth therein.

51.     In response to Paragraph 51 of the Complaint, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

52.     In response to Paragraph 52 of the Complaint, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

53.     In response to Paragraph 53 of the Complaint, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

54.     In response to Paragraph 54 of the Complaint, the CIF admits the CIF-SS's Constitution and Bylaws incorporates the CIF's Constitutions and Bylaws and that the CIF's Constitutions and Bylaws are binding upon its membership.  As to the remaining allegations in Paragraph 54, the CIF is without sufficient knowledge to

Fagen Friedman & Fulfrost, LLP
520 Capitol Mall, Suite 400
Sacramento, California 95814
Main: 916-443-0000 • Fax: 916-443-0030

ANSWER OF CALIFORNIA INTERSCHOLASTIC FEDERATION TO PLAINTIFF'S COMPLAINT FOR
PETITION FOR WRIT OF ADMINISTRATIVE MANDAMUS

1  admit or deny that the CIF-SS Blue Book contains sections governing the CIF-SS's
2  Area Placement process and Area Placement Criteria.

3       55.    In response to Paragraph 55 of the Complaint, the CIF is without
4  sufficient knowledge to admit or deny the allegations set forth therein and on that
5  basis, denies the allegations.

6       56.    In response to Paragraph 56 of the Complaint, the CIF is without
7  sufficient knowledge to admit or deny the allegations set forth therein and on that
8  basis, denies the allegations.

9       57.    In response to Paragraph 57 of the Complaint, the CIF is without
10  sufficient knowledge to admit or deny the allegations set forth therein and on that
11  basis, denies the allegations.

12       58.    In response to Paragraph 58 of the Complaint, the CIF is without
13  sufficient knowledge to admit or deny the allegations set forth therein and on that
14  basis, denies the allegations.

15       59.    In response to Paragraph 59 of the Complaint, the CIF is without
16  sufficient knowledge to admit or deny the allegations set forth therein and on that
17  basis, denies the allegations.

18       60.    In response to Paragraph 60 of the Complaint, the CIF is without
19  sufficient knowledge to admit or deny the allegations set forth therein and on that
20  basis, denies the allegations.

21       61.    In response to Paragraph 61 of the Complaint, the CIF is without
22  sufficient knowledge to admit or deny the allegations set forth therein and on that
23  basis, denies the allegations.

24       62.    In response to Paragraph 62 of the Complaint, the CIF is without
25  sufficient knowledge to admit or deny the allegations set forth therein and on that
26  basis, denies the allegations.

27  / / /

28  / / /

Fagen Friedman & Fulfrost, LLP
520 Capitol Mall, Suite 400
Sacramento, California 95814
Main: 916-443-0000 • Fax: 916-443-0030

ANSWER OF CALIFORNIA INTERSCHOLASTIC FEDERATION TO PLAINTIFF'S COMPLAINT FOR
PETITION FOR WRIT OF ADMINISTRATIVE MANDAMUS

1       63.    In response to Paragraph 63 of the Complaint, the CIF is without

2  sufficient knowledge to admit or deny the allegations set forth therein and on that

3  basis, denies the allegations.

4       64.    In response to Paragraph 64 of the Complaint, the CIF is without

5  sufficient knowledge to admit or deny the allegations set forth therein and on that

6  basis, denies the allegations.

7       65.    In response to Paragraph 65 of the Complaint, the CIF is without

8  sufficient knowledge to admit or deny the allegations set forth therein and on that

9  basis, denies the allegations.

10      66.    In response to Paragraph 66 of the Complaint, the CIF is without

11 sufficient knowledge to admit or deny the allegations set forth therein and on that

12 basis, denies the allegations.

13      67.    In response to Paragraph 67 of the Complaint, the CIF is without

14 sufficient knowledge to admit or deny the allegations set forth therein and on that

15 basis, denies the allegations.

16      68.    In response to Paragraph 68 of the Complaint, the CIF is without

17 sufficient knowledge to admit or deny the allegations set forth therein and on that

18 basis, denies the allegations.

19      69.    In response to Paragraph 69 of the Complaint, the CIF is without

20 sufficient knowledge to admit or deny the allegations set forth therein and on that

21 basis, denies the allegations.

22      70.    In response to Paragraph 70 of the Complaint, the CIF is without

23 sufficient knowledge to admit or deny the allegations set forth therein and on that

24 basis, denies the allegations.

25      71.    In response to Paragraph 71 of the Complaint, the CIF is without

26 sufficient knowledge to admit or deny the allegations set forth therein and on that

27 basis, denies the allegations.

28 / / /

Fagen Friedman & Fulfrost, LLP
520 Capitol Mall, Suite 400
Sacramento, California 95814
Main: 916-443-0000 • Fax: 916-443-0030

00333-00258/466151.1

10

SACV13-00940 JST (ANx)

ANSWER OF CALIFORNIA INTERSCHOLASTIC FEDERATION TO PLAINTIFF'S COMPLAINT FOR
PETITION FOR WRIT OF ADMINISTRATIVE MANDAMUS

72.    In response to Paragraph 72 of the Complaint, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

73.    In response to Paragraph 73 of the Complaint, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

74.    In response to Paragraph 74 of the Complaint, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

75.    In response to Paragraph 75 of the Complaint, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

76.    In response to Paragraph 76 of the Complaint, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

77.    In response to Paragraph 77 of the Complaint, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

78.    In response to Paragraph 78 of the Complaint, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

79.    In response to Paragraph 79 of the Complaint, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

80.    In response to Paragraph 80 of the Complaint, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

/ / /

Fagen Friedman & Fulfrost, LLP
520 Capitol Mall, Suite 400
Sacramento, California 95814
Main: 916-443-0000 • Fax: 916-443-0030

Fagen Friedman & Fulfrost, LLP
520 Capitol Mall, Suite 400
Sacramento, California 95814
Main: 916-443-0000 • Fax: 916-443-0030

1    81.    In response to Paragraph 81 of the Complaint, the CIF is without
2 sufficient knowledge to admit or deny the allegations set forth therein and on that
3 basis, denies the allegations.

4    82.    In response to Paragraph 82 of the Complaint, the CIF is without
5 sufficient knowledge to admit or deny the allegations set forth therein and on that
6 basis, denies the allegations.

7    83.    In response to Paragraph 83 of the Complaint, the CIF is without
8 sufficient knowledge to admit or deny the allegations set forth therein and on that
9 basis, denies the allegations.

10    84.    In response to Paragraph 84 of the Complaint, the CIF is without
11 sufficient knowledge to admit or deny the allegations set forth therein and on that
12 basis, denies the allegations.

13    85.    In response to Paragraph 85 of the Complaint, the CIF is without
14 sufficient knowledge to admit or deny the allegations set forth therein and on that
15 basis, denies the allegations.

16    86.    In response to Paragraph 86 of the Complaint, the CIF is without
17 sufficient knowledge to admit or deny the allegations set forth therein and on that
18 basis, denies the allegations.

19    87.    In response to Paragraph 87 of the Complaint, the CIF is without
20 sufficient knowledge to admit or deny the allegations set forth therein and on that
21 basis, denies the allegations.

22    88.    In response to Paragraph 88 of the Complaint, the CIF is without
23 sufficient knowledge to admit or deny the allegations set forth therein and on that
24 basis, denies the allegations.

25    89.    In response to Paragraph 89 of the Complaint, the CIF is without
26 sufficient knowledge to admit or deny the allegations set forth therein and on that
27 basis, denies the allegations.

28 / / /

ANSWER OF CALIFORNIA INTERSCHOLASTIC FEDERATION TO PLAINTIFF'S COMPLAINT FOR
PETITION FOR WRIT OF ADMINISTRATIVE MANDAMUS

Fagen Friedman & Fulfrost, LLP
520 Capitol Mall, Suite 400
Sacramento, California 95814
Main: 916-443-0000 • Fax: 916-443-0030

90.     In response to Paragraph 90 of the Complaint, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

91.     In response to Paragraph 91 of the Complaint, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

92.     In response to Paragraph 92 of the Complaint, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

93.     In response to Paragraph 93 of the Complaint, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

94.     In response to Paragraph 94 of the Complaint, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

95.     In response to Paragraph 95 of the Complaint, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

96.     In response to Paragraph 96 of the Complaint, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

97.     In response to Paragraph 97 of the Complaint, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

98.     In response to Paragraph 98 of the Complaint, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

/ / /

Fagen Friedman & Fulfrost, LLP
520 Capitol Mall, Suite 400
Sacramento, California 95814
Main: 916-443-0000 • Fax: 916-443-0030

99.   In response to Paragraph 99 of the Complaint, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

100.   In response to Paragraph 100 of the Complaint, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

101.   In response to Paragraph 101 of the Complaint, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

102.   In response to Paragraph 102 of the Complaint, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

103.   In response to Paragraph 103 of the Complaint, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

104.   In response to Paragraph 104 of the Complaint, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

105.   In response to Paragraph 105 of the Complaint, the CIF admits that Education Code section 33353, subdivision (a)(3) sets forth the California Legislature's intent that the CIF, in consultation with the California Department of Education, implement polices that establish "a neutral final appeals body to hear complaints related to interscholastic athletic policies". The CIF further admits that Plaintiff contacted the CIF to request a "neutral final appeals body" regarding its area placement appeal. The CIF denies the remaining allegations set forth in Paragraph 105.

/ / /

/ / /

ANSWER OF CALIFORNIA INTERSCHOLASTIC FEDERATION TO PLAINTIFF'S COMPLAINT FOR
PETITION FOR WRIT OF ADMINISTRATIVE MANDAMUS

Fagen Friedman & Fulfrost, LLP
520 Capitol Mall, Suite 400
Sacramento, California 95814
Main: 916-443-0000 • Fax: 916-443-0030

106. In response to Paragraph 106 of the Complaint, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

107. In response to Paragraph 107 of the Complaint, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

108. In response to Paragraph 108 of the Complaint, the CIF admits that Plaintiff requested a meeting with the CIF. The CIF is without sufficient knowledge to admit or deny the remaining allegations set forth in Paragraph 108 and on that basis denies the allegations.

109. In response to Paragraph 109 of the Complaint, the CIF admits that it met with representatives from Plaintiff on April 16, 2013. The CIF denies the remaining allegations set forth in Paragraph 109.

110. In response to Paragraph 110 of the Complaint, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

111. In response to Paragraph 111 of the Complaint, the CIF admits that it declined to intervene in the area placement decision of the CIF-SS because an appeal was provided by the CIF-SS and issues related to the placement of schools into conferences, areas, or leagues are within the jurisdiction of the individual Sections. The CIF denies the remaining allegations in Paragraph 111.

112. In response to Paragraph 112 of the Complaint, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

113. In response to Paragraph 113 of the Complaint, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

/ / /

ANSWER OF CALIFORNIA INTERSCHOLASTIC FEDERATION TO PLAINTIFF'S COMPLAINT FOR
PETITION FOR WRIT OF ADMINISTRATIVE MANDAMUS

1        114.    In response to Paragraph 114 of the Complaint, the CIF is without

2 sufficient knowledge to admit or deny the allegations set forth therein and on that

3 basis, denies the allegations.

4        115.    In response to Paragraph 115 of the Complaint, the CIF is without

5 sufficient knowledge to admit or deny the allegations set forth therein and on that

6 basis, denies the allegations.

7        116.    In response to Paragraph 116, the CIF re-alleges Paragraphs 1 through

8 115, inclusive, as set forth above and incorporates the same as though fully set forth

9 herein.

10        117.    In response to Paragraph 117, the CIF admits that Plaintiff is

11 petitioning this Court for a writ of administrative mandamus but denies the validity

12 of that petition.  The CIF denies the remaining allegations in Paragraph 117.

13        118.    In response to Paragraph 118, the CIF is without sufficient knowledge

14 to admit or deny the allegations set forth therein and on that basis, denies the

15 allegations.

16        119.    In response to Paragraph 119, the CIF is without sufficient knowledge

17 to admit or deny the allegations set forth therein and on that basis, denies the

18 allegations.

19        120.    In response to Paragraph 120, the CIF is without sufficient knowledge

20 to admit or deny the allegations set forth therein and on that basis, denies the

21 allegations.

22        121.    In response to Paragraph 121, the CIF is without sufficient knowledge

23 to admit or deny the allegations set forth therein and on that basis, denies the

24 allegations.

25        122.    In response to Paragraph 122, the CIF is without sufficient knowledge

26 to admit or deny the allegations set forth therein and on that basis, denies the

27 allegations.

28   / / /

Fagen Friedman & Fulfrost, LLP
520 Capitol Mall, Suite 400
Sacramento, California 95814
Main: 916-443-0000 • Fax: 916-443-0030

00333-00258/466151.1

SACV13-00940 JST (ANx)

ANSWER OF CALIFORNIA INTERSCHOLASTIC FEDERATION TO PLAINTIFF'S COMPLAINT FOR
PETITION FOR WRIT OF ADMINISTRATIVE MANDAMUS

Fagen Friedman & Fulfrost, LLP
520 Capitol Mall, Suite 400
Sacramento, California 95814
Main: 916-443-0000 • Fax: 916-443-0030

123.   In response to Paragraph 123, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

124.   In response to Paragraph 124, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

125.   In response to Paragraph 125, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

126.   In response to Paragraph 126, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

127.   In response to Paragraph 127, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

128.   In response to Paragraph 128, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

129.   In response to Paragraph 129, the CIF re-alleges Paragraphs 1 through 115, inclusive, as set forth above and incorporates the same as though fully set forth herein.

130.   In response to Paragraph 130, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

131.   In response to Paragraph 131, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

/ / /

00333-00258/466151.1

SACV13-00940 JST (ANx)

ANSWER OF CALIFORNIA INTERSCHOLASTIC FEDERATION TO PLAINTIFF'S COMPLAINT FOR PETITION FOR WRIT OF ADMINISTRATIVE MANDAMUS

132.   In response to Paragraph 132, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

133.   In response to Paragraph 133, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

134.   In response to Paragraph 134, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

135.   In response to Paragraph 135, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

136.   In response to Paragraph 136, the CIF denies the allegations set forth therein.

137.   In response to Paragraph 137, the CIF denies the allegations set forth therein.

138.   In response to Paragraph 138, the CIF denies the allegations set forth therein.

139.   In response to Paragraph 139, the CIF re-alleges Paragraphs 1 through 115, inclusive, as set forth above and incorporates the same as though fully set forth herein.

140.   In response to Paragraph 140, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

141.   In response to Paragraph 141, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

/ / /

Fagen Friedman & Fulfrost, LLP
520 Capitol Mall, Suite 400
Sacramento, California 95814
Main: 916-443-0000 • Fax: 916-443-0030

00333-00258/466151.1

ANSWER OF CALIFORNIA INTERSCHOLASTIC FEDERATION TO PLAINTIFF'S COMPLAINT FOR PETITION FOR WRIT OF ADMINISTRATIVE MANDAMUS

SACV13-00940 JST (ANx)

1    142.   In response to Paragraph 142, the CIF is without sufficient knowledge

2   to admit or deny the allegations set forth therein and on that basis, denies the

3   allegations.

4    143.   In response to Paragraph 143, the CIF is without sufficient knowledge

5   to admit or deny the allegations set forth therein and on that basis, denies the

6   allegations.

7    144.   In response to Paragraph 144, the CIF is without sufficient knowledge

8   to admit or deny the allegations set forth therein and on that basis, denies the

9   allegations.

10   145.   In response to Paragraph 145, the CIF is without sufficient knowledge

11  to admit or deny the allegations set forth therein and on that basis, denies the

12  allegations.

13   146.   In response to Paragraph 146, the CIF denies the allegations set forth

14  therein.

15   147.   In response to Paragraph 147, the CIF denies the allegations set forth

16  therein.

17   148.   In response to Paragraph 148, the CIF denies the allegations set forth

18  therein.

19   149.   In response to Paragraph 149, the CIF re-alleges Paragraphs 1 through

20  115, inclusive, as set forth above and incorporates the same as though fully set forth

21  herein.

22   150.   In response to Paragraph 150, the CIF is without sufficient knowledge

23  to admit or deny the allegations set forth therein and on that basis, denies the

24  allegations.

25   151.   In response to Paragraph 151, the CIF is without sufficient knowledge

26  to admit or deny the allegations set forth therein and on that basis, denies the

27  allegations.

28  / / /

Fagen Friedman & Fulfrost, LLP
520 Capitol Mall, Suite 400
Sacramento, California 95814
Main: 916-443-0000 • Fax: 916-443-0030

Fagen Friedman & Fulfrost, LLP
520 Capitol Mall, Suite 400
Sacramento, California 95814
Main: 916-443-0000 • Fax: 916-443-0030

152.   In response to Paragraph 152, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

153.   In response to Paragraph 153, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

154.   In response to Paragraph 154, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

155.   In response to Paragraph 155, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

156.   In response to Paragraph 156, the CIF denies the allegations set forth therein.

157.   In response to Paragraph 157, the CIF is denies the allegations set forth therein.

158.   In response to Paragraph 158, the CIF denies the allegations set forth therein.

159.   In response to Paragraph 159, the CIF re-alleges Paragraphs 1 through 115, inclusive, as set forth above and incorporates the same as though fully set forth herein.

160.   In response to Paragraph 160, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

161.   In response to Paragraph 161, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

/ / /

ANSWER OF CALIFORNIA INTERSCHOLASTIC FEDERATION TO PLAINTIFF'S COMPLAINT FOR
PETITION FOR WRIT OF ADMINISTRATIVE MANDAMUS

1    162.   In response to Paragraph 162, the CIF is without sufficient knowledge
2    to admit or deny the allegations set forth therein and on that basis, denies the
3    allegations.

4    163.   In response to Paragraph 163, the CIF is without sufficient knowledge
5    to admit or deny the allegations set forth therein and on that basis, denies the
6    allegations.

7    164.   In response to Paragraph 164, the CIF is without sufficient knowledge
8    to admit or deny the allegations set forth therein and on that basis, denies the
9    allegations.

10   165.   In response to Paragraph 165, the CIF is without sufficient knowledge
11   to admit or deny the allegations set forth therein and on that basis, denies the
12   allegations.

13   166.   In response to Paragraph 166, the CIF denies the allegations set forth
14   therein.

15   167.   In response to Paragraph 167, the CIF denies the allegations set forth
16   therein.

17   168.   In response to Paragraph 168, the CIF denies the allegations set forth
18   therein.

19   169.   In response to Paragraph 169, the CIF re-alleges Paragraphs 1 through
20   115, inclusive, as set forth above and incorporates the same as though fully set forth
21   herein.

22   170.   In response to Paragraph 170, the CIF is without sufficient knowledge
23   to admit or deny the allegations set forth therein and on that basis, denies the
24   allegations.

25   171.   In response to Paragraph 171, the CIF is without sufficient knowledge
26   to admit or deny the allegations set forth therein and on that basis, denies the
27   allegations.

28   / / /

Fagen Friedman & Fulfrost, LLP
520 Capitol Mall, Suite 400
Sacramento, California 95814
Main: 916-443-0000 • Fax: 916-443-0030

ANSWER OF CALIFORNIA INTERSCHOLASTIC FEDERATION TO PLAINTIFF'S COMPLAINT FOR
PETITION FOR WRIT OF ADMINISTRATIVE MANDAMUS

Fagen Friedman & Fulfrost, LLP
520 Capitol Mall, Suite 400
Sacramento, California 95814
Main: 916-443-0000 • Fax: 916-443-0030

172.   In response to Paragraph 172, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

173.   In response to Paragraph 173, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

174.   In response to Paragraph 174, the CIF denies the allegations set forth therein.

175.   In response to Paragraph 175, the CIF denies the allegations set forth therein.

176.   In response to Paragraph 176, the CIF denies the allegations set forth therein.

177.   In response to Paragraph 177, the CIF re-alleges Paragraphs 1 through 115, inclusive, as set forth above and incorporates the same as though fully set forth herein.

178.   In response to Paragraph 178, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

179.   In response to Paragraph 179, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

180.   In response to Paragraph 180, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

181.   In response to Paragraph 181, the CIF denies is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

/ / /

ANSWER OF CALIFORNIA INTERSCHOLASTIC FEDERATION TO PLAINTIFF'S COMPLAINT FOR
PETITION FOR WRIT OF ADMINISTRATIVE MANDAMUS

Fagen Friedman & Fulfrost, LLP
520 Capitol Mall, Suite 400
Sacramento, California 95814
Main: 916-443-0000 • Fax: 916-443-0030

1    182.    In response to Paragraph 182, the CIF denies the allegations set forth
2    therein.

3    183.    In response to Paragraph 183, the CIF denies the allegations set forth
4    therein.

5    184.    In response to Paragraph 184, the CIF denies the allegations set forth
6    therein.

7    185.    In response to Paragraph 185, the CIF denies the allegations set forth
8    therein.

9    186.    In response to Paragraph 186, the CIF denies the allegations set forth
10   therein.

11   187.    In response to Paragraph 187, the CIF is without sufficient knowledge
12   to admit or deny the allegations set forth therein and on that basis, denies the
13   allegations.

14   188.    In response to Paragraph 188, the CIF denies the allegations set forth
15   therein.

16   189.    In response to Paragraph 189, the CIF denies the allegations set forth
17   therein.

18   190.    In response to Paragraph 190, the CIF denies the allegations set forth
19   therein.

20   191.    In response to Paragraph 191, the CIF re-alleges Paragraphs 1 through
21   115 and 178 through 185, inclusive, as set forth above and incorporates the same as
22   though fully set forth herein.

23   192.    In response to Paragraph 192, the CIF is without sufficient knowledge
24   to admit or deny the allegations set forth therein and on that basis, denies the
25   allegations.

26   193.    In response to Paragraph 193, the CIF is without sufficient knowledge
27   to admit or deny the allegations set forth therein and on that basis, denies the
28   allegations.

194.   In response to Paragraph 194, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

195.   In response to Paragraph 195, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

196.   In response to Paragraph 196, the CIF denies the allegations set forth therein.

197.   In response to Paragraph 197, the CIF denies the allegations set forth therein.

198.   In response to Paragraph 198, the CIF denies the allegations set forth therein.

199.   In response to Paragraph 199, the CIF re-alleges Paragraphs 1 through 115, inclusive, as set forth above and incorporates the same as though fully set forth herein.

200.   In response to Paragraph 200, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

201.   In response to Paragraph 201, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

202.   In response to Paragraph 202, the CIF denies the allegations set forth therein.

203.   In response to Paragraph 203, the CIF denies the allegations set forth therein.

204.   In response to Paragraph 204, the CIF re-alleges Paragraphs 1 through 115, inclusive, as set forth above and incorporates the same as though fully set forth herein.

Fagen Friedman & Fulfrost, LLP
520 Capitol Mall, Suite 400
Sacramento, California 95814
Main: 916-443-0000 • Fax: 916-443-0030

Fagen Friedman & Fulfrost, LLP
520 Capitol Mall, Suite 400
Sacramento, California 95814
Main: 916-443-0000 • Fax: 916-443-0030

205.   In response to Paragraph 205, the CIF denies the allegations set forth therein.

206.   In response to Paragraph 206, the CIF denies the allegations set forth therein.

207.   In response to Paragraph 207, the CIF is without sufficient knowledge to admit or deny the allegations set forth therein and on that basis, denies the allegations.

208.   In response to Paragraph 208, the CIF denies the allegations set forth therein.

209.   In response to Paragraph 209, the CIF denies the allegations set forth therein.

210.   In response to Paragraph 210, the CIF denies the allegations set forth therein.

211.   In response to Paragraph 211, the CIF denies the allegations set forth therein.

## AFFIRMATIVE DEFENSES

As for its separate affirmative defenses, the CIF alleges as follows:

### FIRST AFFIRMATIVE DEFENSE

#### (Failure to State a Claim)

1.   As a separate and first affirmative defense to the Complaint, and to the purported causes of action set forth therein, the CIF alleges that the Complaint fails to state facts sufficient to constitute a cause of action.

### SECOND AFFIRMATIVE DEFENSE

#### (Plaintiff Lacks Standing/Capacity to Sue)

2.   Plaintiff has not adequately alleged any interest to be protected, or which has been infringed, by any of the claims set forth in the Complaint and therefore does not have standing or capacity to assert some or all of the claims based upon the subject matter of the Complaint.

Fagen Friedman & Fulfrost, LLP
520 Capitol Mall, Suite 400
Sacramento, California 95814
Main: 916-443-0000 • Fax: 916-443-0030

## THIRD AFFIRMATIVE DEFENSE

### (All Obligations Performed)

3.     As a separate and third affirmative defense to the Complaint and each purported cause of action contained therein, the CIF alleges that the CIF has fully and/or substantially performed any and all obligations it may have had to Plaintiff.

## FOURTH AFFIRMATIVE DEFENSE

### (Immunity and Privilege)

4.     Plaintiff is barred from asserting the claims alleged in the Complaint against the CIF as the CIF's actions were, at all times, privileged, immune, justified, made in good faith and/or otherwise lawful.

## FIFTH AFFIRMATIVE DEFENSE

### (Discharge of Obligations)

5.     Plaintiff is barred from relief under the Complaint because, prior to the commencement of this action, the CIF paid, satisfied or otherwise discharged all duties and obligations owed to Plaintiff under applicable federal and state laws.

## SIXTH AFFIRMATIVE DEFENSE

### (Failure to Exhaust Administrative Remedies)

6.     Plaintiff is barred from relief under the Complaint as to any claim which was not addressed by the CIF-SS, based on its failure to fully exhaust administrative remedies.

## SEVENTH AFFIRMATIVE DEFENSE

### (Mitigation of Damages)

7.     At all times here relevant, Plaintiff failed to mitigate its injuries and/or damages.

/ / /

/ / /

/ / /

/ / /

00333-00258/466151.1

26

SACV13-00940 JST (ANx)

Fagen Friedman & Fulfrost, LLP
520 Capitol Mall, Suite 400
Sacramento, California 95814
Main: 916-443-0000 • Fax: 916-443-0030

## EIGHTH AFFIRMATIVE DEFENSE

### (Estoppel)

8.      The CIF did detrimentally rely upon Plaintiff's actions, and Plaintiff should, therefore, be estopped from bringing this action.

## NINTH AFFIRMATIVE DEFENSE

### (Laches)

9.      The Complaint does not state facts sufficient to constitute a cause of action in that it appears on the face of the Complaint that Plaintiff has inexcusably and unreasonably delayed the filing of said action to the prejudice of the CIF.

## TENTH AFFIRMATIVE DEFENSE

### (Compliance with the Law)

10.     As a separate and tenth affirmative defense to the Complaint and each purported cause of action contained therein, the CIF alleges that the actions taken by the CIF were in full compliance with the law.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Attorneys Fees' Barred)

11.     Plaintiff's claim for attorneys' fees is barred by the provisions of California Code of Civil Procedure § 1021.

## TWELFTH AFFIRMATIVE DEFENSE

### (Damages Not Recoverable)

12.     Plaintiff seeks damages not properly recoverable against the CIF.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Governmental Immunity)

13.     The CIF claims and pleads immunities from liability for any and all injuries and damages alleged in the Complaint filed herein, including but not limited to those defenses, rights and immunities granted to them by virtues of the provisions of California Government Code sections 810 to 996.6, inclusive.

/ / /

Fagen Friedman & Fulfrost, LLP
520 Capitol Mall, Suite 400
Sacramento, California 95814
Main: 916-443-0000 • Fax: 916-443-0030

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Immunity)

14. The CIF is entitled to immunity from suit, for monetary damages or other forms of equitable relief, under the 11th Amendment of the United States Constitution.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (CIF Acted in Accordance with Constitution)

15. The CIF acted at all times within the scope of discretion, in good faith, with due care, and pursuant to applicable rules, regulations, and practices reasonably and in good faith believed to be in accordance with the Constitution and laws of the United States and/or the State of California and the CIF is therefore not liable.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (No Constitutional Deprivation)

16. The Complaint fails to state a cause of action against the CIF for, pursuant to Monell v. Department of Social Services of the City of New York, 436 U.S. 658, 98 S.Ct. 2018, 56 L.Ed.2d 611 (1978), there can be no recovery for a federal civil rights violation when there is no constitutional deprivation occurring pursuant to governmental custom or policy.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (State Procedure satisfies Due Process)

17. Plaintiff's 42 U.S.C. § 1983 action is barred because a State procedure exists that satisfies the requirements of procedural due process. Ingraham v. Wright (1977) 430 U.S. 651, 97 S.Ct. 1401, 1415, 51 L.Ed.2d 711.

## EIGHTEENTH AFFIRMATIVE DEFENSE

### (No Contractual Relationship)

18. No contractual relationship exists between Plaintiff and the CIF and, therefore, Plaintiff's claims for breach of contract and breach of the implied covenant of good faith and fair dealing fails to state a claim upon which relief can be

1  granted against the CIF, insofar as Plaintiff purports to assert those claims against
2  the CIF.

### NINETEENTH AFFIRMATIVE DEFENSE

### (No Injury or Damage)

5  19.    Plaintiff has not been injured or damaged as a proximate result of any
6  act or omission for which the CIF is responsible.

### TWENTIETH AFFIRMATIVE DEFENSE

### (No Malicious Intent)

9  20.    The CIF did not act with malicious intent to deprive any person of any
10  Constitutional right or to cause any other injury and therefore is not liable.

### TWENTY-FIRST AFFIRMATIVE DEFENSE

### (Other Defenses)

13  21.    The CIF presently has insufficient knowledge or insufficient
14  information upon which to form a belief as to whether it may have additional, yet
15  unasserted, affirmative defenses.  The CIF therefore reserves the right to assert
16  additional affirmative defense in the event discovery indicates it would be
17  appropriate.

18        WHEREFORE, the CIF prays that:

19  A      Plaintiff take nothing by reason of its Complaint;

20  B.     Plaintiff's Complaint be dismissed with prejudice;

21  C.     The CIF recover its attorney's fees and costs of suit; and

22  D.     The CIF be awarded such further relief as the Court deems just and
           proper.

24  DATED: August 9, 2013.              FAGEN FRIEDMAN & FULFROST, LLP

26  By: _____
                    Diane Marshall-Freeman
27  Attorneys for CALIFORNIA INTERSCHOLASTIC
    FEDERATION

Fagen Friedman & Fulfrost, LLP
520 Capitol Mall, Suite 400
Sacramento, California 95814
Main: 916-443-0000 • Fax: 916-443-0030